# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| MICHAEL FOREMAN | : | DOCKET NO. 06-2154 |
| --- | --- | --- |
| VS. | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY CO | : | MAGISTRATE JUDGE WILSON |

## REPORT AND RECOMMENDATION

Before the court is plaintiff's motion to remand [doc. # 9][1] for untimely removal by the defendant. The parties now agree that the issue of untimeliness is moot, and jointly seek remand stipulating that the amount in controversy is insufficient to meet the threshold for diversity jurisdiction.

This matter was removed to federal court on the basis of diversity jurisdiction. 28 U.S.C. § 1332. Subsequent to the filing of the motion to remand, the plaintiff notified this Court that the plaintiff waived any damages exceeding the jurisdictional threshold of $75,000, exclusive of interest and costs. (*See*, December 29, 2006, Letter and Verification). The parties now agree that the amount in controversy does not exceed $75,000.

Accordingly, the court finds that the amount in controversy does not exceed the minimum amount required to invoke federal diversity jurisdiction. *DeAguilar v. Boeing Co.*, 47 F.3d 1404

---

[1] The motion has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A).

(5th Cir. 1995). Subject matter jurisdiction is lacking and remand is required. 28 U.S.C. § 1447(c). For the foregoing reasons,

IT IS RECOMMENDED that plaintiff's motion to remand [doc. # 9] be GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on January 22, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE