U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 15 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MICHAEL FOREMAN** | : | **DOCKET NO. 2:06-cv-2154** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **STATE FARM FIRE & CASUALTY CO.** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Plaintiff's Motion to Remand [doc. 9] be GRANTED. This matter is remanded to the 38th Judicial District Court.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this Judgment, and forward the same to the Clerk of the 38th Judicial District Court for the Parish of Cameron State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of March, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE